IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv05-ID |
| ) | (WO) |
| GREG WHITE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ | |
| MARK HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv317-ID |
| ) | (WO) |
| BRANDON AINSWORTH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 17, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent review of the entire record, the court finds that the Recommendation is due to be adopted. Accordingly, it is CONSIDERED and ORDERED as follows:

1. The Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

2. Defendants White, Clark, Edgar, Fowler, and Nelson's motions for summary judgment be and the same are hereby GRANTED and these defendants are hereby DISMISSED from this action.

3. Plaintiff's claims for injunctive relief be and the same are hereby DENIED as MOOT and are hereby DISMISSED.

4. Defendant Ainsworth's motion for summary judgment be and the same is hereby DENIED.

5. Plaintiff's claims against Defendant Ainsworth be and the same are hereby REFERRED BACK to the Magistrate Judge to conduct an evidentiary hearing pursuant to 28 U.S.C. § 636(b)(1)(B).

Done this 1st day of June, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE