IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:04cv05-ID |
| ) | (WO) |
| GREG WHITE, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ | |
| MARK HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv317-ID |
| ) | (WO) |
| BRANDON AINSWORTH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**ORDER SETTING EVIDENTIARY HEARING**

For good cause, it is ORDERED that

1.  An evidentiary hearing be and is hereby set for July 12, 2006, at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2.  **WITNESSES.**

(a)  **All** parties shall file a witness list at least 20 days before the evidentiary hearing.  Witnesses not on the list will not be heard.

(b)  *Cases Proceeding In Forma Pauperis*.  If the plaintiff desires to procure attendance of witnesses by writ or subpoena, he shall file and serve – not later than 20 days

before trial – a witness list containing the names, AIS number where applicable and addresses of <u>all</u> witnesses – whether a subpoena is sought or not – (inmate or civilian status) and a brief statement of the expected testimony of each witness, whether a subpoena is sought or not. M.D. ALA. LR 45.1(b). The plaintiff should be specific in stating the witnesses' expected testimony, because if their testimony is not material or is simply repetitive the court may in its discretion decline to order the subpoena of the witness. *See Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975).

Whether the witness is subpoenaed by a pauper or not, Rule 45(c) requires that your subpoena must be accompanied by an attendance fee ($40.00 per day), a subsistence fee ($99.00 per day) if overnight stay is required, and actual expenses of a common carrier or mileage (44.5¢ per mile each way), or it need not be obeyed. The witness will be so informed by the subpoena. It is the responsibility of the party requesting the subpoena to provide that money to the clerk's office for tender with the subpoena.

(c) *Subpoena by Non-Paupers*. Subpoenas may be served in accordance with FED.R.CIV.P. 45(b). If service by the United States Marshal is requested, the subpoena must be filed not less than 14 calendar days prior to the date of the evidentiary hearing and must contain the complete name and address of the witness. M.D. ALA. LR(a)(1).

Done this 12th day of June, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE