IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:04cv05-ID |
| | ) | (WO) |
| GREG WHITE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| MARK HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv317-ID |
| | ) | (WO) |
| BRANDON AINSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In this 42 U.S.C. § 1983 action, plaintiff Mark Hines ("Hines"), a prison inmate, alleges that officer Brandon Ainsworth ("Ainsworth") was deliberately indifferent to his safety by allowing him to be attacked and injured by another inmate.  In this court's order of procedure, the plaintiff was advised that he was required to inform the court in writing of any address change.  *See* Doc. # 6 at 4, ¶6(h).  On five (5) prior occasions, the plaintiff has notified the court of his change of address.  *See* Docs. # 27, 28, 30, 57 & 58.  On May 17, 2006, the Magistrate Judge filed a Recommendation in this case which was mailed to the plaintiff.  This Recommendation was returned to the court because the plaintiff was no longer

at the address he had provided to the court.  On June 1, 2006, the order of the court adopting the Recommendation of the Magistrate Judge was returned as undeliverable with the notation "unable to forward."  On June 12, 2006, the court set an evidentiary hearing in this matter.  However, based on the return of these two prior orders, the court concludes that the evidentiary hearing should be continued pending further order of the court.  Accordingly, it is

ORDERED that the evidentiary hearing presently set for July 12, 2006, at 9:00 a.m. be and is hereby CONTINUED generally.  It is further

ORDERED that on or before June 29, 2006, the plaintiff shall show cause why this case should not be dismissed for abandonment of his claims, failure to prosecute this action and failure to comply with the orders of the court.  If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will dismiss this action.

Done this 15th day of June, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE