IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv05-ID |
| | ) | (WO) |
| | ) | |
| GREG WHITE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |
| MARK HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv317-ID |
| | ) | (WO) |
| | ) | |
| BRANDON AINSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the plaintiff's motion (doc. # 66) requesting that the court issue subpoenas for witnesses, it is

ORDERED that the motion be and is hereby DENIED. The motion does not comply with the expected testimony requirement set forth in the court's order (doc. # 62) setting the evidentiary hearing in this case.

Done this 6th day of July, 2006.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE