IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv05-ID |
| ) | (WO) |
| GREG WHITE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ | |
| MARK HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv317-ID |
| ) | (WO) |
| BRANDON AINSWORTH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the plaintiff's motion (doc. # 67) requesting that the court issue subpoenas for witnesses, it is

ORDERED that the motion be and is hereby DENIED. The motion does not comply with the expected testimony requirement set forth in the court's order (doc. # 62) setting the evidentiary hearing in this matter.

Done this 10th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE