IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv5-ID |
| | ) | (WO) |
| GREG WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MARK HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2:05cv317-ID |
| v. | ) | (WO) |
| | ) | |
| | ) | |
| BRANDON AINSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge, filed September 18, 2006. (Doc. No. 77.) On October 3, 2006, Plaintiff filed an objection to said Recommendation. (See Doc. No. 78.) Having independently reviewed *de novo* the proposed findings and recommendations to which objection is made and the record as a whole, the court finds that Plaintiff's objection is due to be overruled and the recommendation adopted. Accordingly, it is CONSIDERED and ORDERED as follows:

1.  Plaintiff's objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. the above-styled lawsuits be and the same is hereby DISMISSED with prejudice; and

4. costs be and the same are hereby TAXED against Plaintiff for which let execution issue.

DONE this 4th day of October, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE